UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>    Defendant. | Case No.  1:22-cv-00792-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE FORM RE: CONSENT/DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT CONSENT/DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff Fernando Gastelum ("Plaintiff") is proceeding pro se in this civil action against Defendant Petco Animal Supplies Stores, Inc.

Consistent with General Order No. 651, this matter was directly assigned to the Magistrate Judge only. The record reflects that not all parties have filed a valid consent or decline to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment, pursuant to 28 U.S.C. Sec. 636(c)(1). Therefore, Plaintiff shall file a consent/decline form within twenty-one (21) days from the date of service of this order. The form should not be transmitted to the assigned Magistrate Judge. Upon filing, the document will be restricted to attorneys and court staff only. Judges will not have access to view the document and will be informed of a party's response only if all parties have consented to the referral. A party may consent or withhold consent without adverse substantive consequences.

To further assist Plaintiff, the Court will also direct the Clerk's Office to provide Plaintiff with a new consent or decline form to complete and return.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send Plaintiff a second consent/decline form and the instructions for consent/decline to Magistrate Judge jurisdiction; and
2. Within twenty-one (21) days from the date of this Order, Plaintiff shall complete and return the Consent/Decline of U.S. Magistrate Judge Jurisdiction form.

IT IS SO ORDERED.

Dated:   **September 13, 2022**        /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE